RECEIVED
AUG 21 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSEPH ANTHONY DANIEL  　　　　DOCKET NO. 14-CV-3532; SEC. P
A# 035-186-189

VERSUS  　　　　JUDGE DRELL

PERRY ZANIER, ET AL.  　　　　MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous, pursuant to 28 U.S.C. §1915(e)(2)(B).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 20th day of August, 2015.

　　　　　　　　　　　　　　CHIEF JUDGE DEE D. DRELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT